IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

BEST UNIFORM RENTAL, INC.,

       Plaintiff

     v.                       C.A.NO.   0 7 - 4 3

CHRISTINA CONSOLIDATED
SCHOOL DISTRICT, CHRISTINA
SCHOOL BOARD               AFFIDAVIT OF DEFENSE
                              REQUIRED
       Defendants

FILED
2007 JAN 22 PM 2:50
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COMPLAINT

### INTRODUCTION

1. This a diversity action, pursuant to 28 U.S.C.§ 1332, between citizens of different states for legal and equitable relief based upon breach of contract and breach of the covenant of good faith and fair dealing arising out of a contract between the parties for the rental of uniforms supplied to Defendant School District, which contract was breached by Defendants by, inter alia, their refusal to pay in accordance with the terms of the contract.  The balance of the contract is in excess of $75,000 exclusive of costs and interest.

### PARTIES

2.  Plaintiff, Best Uniform Rental, Inc., is a corporation which is incorporated under the

laws of the State of New Jersey and which maintains its principal place of business in the State of New Jersey.

    3. Defendant Christina Consolidated School District is a reorganized school district of the State of Delaware, as defined in 14 <u>Del</u>. <u>C</u>. § 1002, created by state law and at all times relevant hereto acted under color of state law.

    4. Defendant Board of Education of Christina Consolidated School District (hereinafter referred to as "School Board") is the School Board, as defined by 14 <u>Del</u>. <u>C</u>. §§ 1002(3) and 1041(1), of Defendant Christina Consolidated School District, which consists of members duly elected or appointed in accordance with state law.

    5. Ronald Albence all times relevant hereto, was an agent and employee of Defendants District and Board and the Supervisor of Operations and Maintenance, with the authority to execute the contract at issue in this suit. He is a citizen and resident of the State of Delaware.

## JURISDICTION AND VENUE

    6. This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332 in that it is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. .

    7. Venue in this District is proper pursuant to 28 U.S.C. § 1391 where all the defendants reside and/or where a substantial part of the events giving rise to this claim occurred.

provided in response to Defendants' request to limit the yearly cost to under $50,000. [ Exhibit A : annual cost of $48,706.84].

13. Defendants, through their representative, advised Plaintiff that they were contracting with it for the services, and provided Plaintiff with a copy of the Artwork for the uniforms, the color for the uniforms and a map showing the locations of the schools within the Defendant District, so that Plaintiff could prepare the emblem for the uniforms. Defendants' representative advised Plaintiff that the contract had to be accepted ASAP.

14. Plaintiff prepared the emblem in accordance with the Artwork and provided that emblem to the Defendants. Defendants accepted the emblem and their representative signed off on it on behalf of the Defendants on July 22, 2005. [ Exhibit B containing Defendant's representative's signature].

15. Plaintiff and Defendants entered into a contract [Exhibit C] on July 22, 2005 and Defendant's representative personally guaranteed the contract. [Id]. The contract had an annual cost under $50,000 and was for a 60 month term.[Id].

16 . Plaintiff performed the contract including measuring all employees of the Defendant District, fitting them with uniforms, providing and manufacturing the emblems, providing the uniforms and in or about September, 2005 all schools in the Defendant District were utilizing Plaintiff's uniforms.

17. Defendants in July 2006 breached the contract by terminating it without complying with its terms. The principal balance due under the contract effective December 31, 2006 is:

a. Open invoices effective November 15, 2006 = $3120.09. Attached as Exhibit D are the open invoices from 7/3/06 to 7/17/06.

b. Dollar amount of garments not returned and invoices [ Exhibit E ]  in the amount of

$12,618 as of 9/25/06.

c.  Balance of the contract effective November 15, 2006 of $999.53/week x 205 weeks = $204,903.65.  Liquidated damages under the contract are for $ 102, 251.83. [ Exhibit F].

18.  Plaintiff demands, pursuant to 10 Del. C. § 3901 et. seq. that Defendants " answer any or all of the allegations of [this] complaint by an affidavit setting forth the specific nature and character of any defense and the factual basis therefor".  Attached to this Complaint are copies of the invoices, contract and claims upon which this Complaint is based.

19.  Defendants breached the covenant of good faith and fair dealing by engaging in fraud, deceit or misrepresentation by falsely representing that the contract, with an annual threshold of under $50,000, was not subject to the state procurement code obligations, if such is determined to be the case.  Defendants also have acted arbitrarily and unreasonably in an effort to deny Plaintiff of the benefits of the contract.

20.  Defendants are equitably estopped from rejecting or claiming the contract violates the state procurement code, because they cannot benefit from their misrepresentations and they made a specific promise and representation to the contrary, which Plaintiff relied on to its detriment.

21.  Plaintiff is entitled to specific performance of its contract and liquidated damages, attorneys' fees and other relief provided by said contract.

**WHEREFORE**, Plaintiff prays that judgment be entered in its favor against Defendants, jointly and severally, and that it be awarded specific performance of the contract, compensatory and liquidated damages, costs, pre and post judgment interest, attorneys fees and such other legal and equitable relief as may be just and appropriate under the circumstances.

Respectfully submitted,

Richard R. Wier, Jr. P.A.
Richard R. Wier, Jr. (#716)
Two Mill Road - Suite 200
Wilmington, DE 19806

Dated : January 22nd, 2007

**FACTS**

8.  In or about June, 2005, representatives of the Plaintiff met with Defendants' representative Mr. Albence, the Supervisor of Operations and Maintenance for Defendants District and Board, and introduced him to the services the Plaintiff could provide to the Defendants which included the supplying, measuring, and rental of uniforms for the employees of the District.

9.  Defendants' representative advised the Plaintiff that the Defendants' former uniform supplier, Aramark, was not satisfactory and that its contract with the Defendants' to supply said uniforms had ended.  Defendants requested Plaintiff to provide a quote for a five-year contract to measure, design and supply uniforms [services] to the Defendants.  Defendants' representative advised that he was authorized to contract with the Plaintiff on behalf of the Defendants District and Board for such services.  He had the express and/or apparent authority to contract with the Plaintiff for Plaintiff's services and personally guaranteed the contract.

10.  Plaintiff provided a quote for a five year contract for such services to Defendants. Defendants' representative advised Plaintiff that the Defendants did not want to go through the State of Delaware bidding process and that Defendants did not have to obtain bids for Plaintiff's services and material if Plaintiff provided a contract with a yearly cost below $50,000.

11.  The contract for the rental of the uniforms with the Defendant District is not and was not subject to the state bidding process or procurement requirements.

12.  Plaintiff, in response to the Defendants' request, revised its quote and contract so that the annual cost would be less than $50,000.  Attached is the revised proposal which was



**Confidential Rental Quote**
Prepared for
## The Christina School District
## Attn: Ron Albence

Thank you for taking the time to speak with me and giving me the opportunity to earn your business. After speaking with you and evaluating your uniform and facilities needs, I am confident Best Uniforms will meet and exceed every expectation you have for what a rental program should be: Convenient, Consistent, Award Winning Service, and Always Fair pricing. <u>**I'm confident enough to state in writing that if we do not live up to your expectations that we will walk away holding you responsible for nothing except to return all of our garments providing that you give us a reasonable chance to fix any complaints**</u>. The items we spoke about are listed below. It was a pleasure to meet with you and I look forward to being able to have the opportunity to build a business relationship and service your company's needs. If you have any questions, please feel free to contact me directly @ 302-898-6291.

### How does the program work?

* No Up Front Investment

* Weekly Service

* Professionally Laundered

* Garments inspected each week for upgrades/ repairs

* Same Professional driver every week

* Best Uniforms measure all employees for accuracy

## Pricing for our Rental Program

| Products | Description | Total Inventory | Total Weekly Changes | Price Per Man |
|---|---|---|---|---|
| **SH10/SH11 & PA11** | **Medium Blue Work Shirt and Navy Blue Work Pants** | 11 | 5 | $5.02 |
| **Ja020 Jackets** | **Optional- Navy Blue Work Jackets (Not to be Priced in the Quote)** | 2 | 1 | TBD |
| **Service Fee** | **Weekly Service Fee** | | | $2.95 |
| **Make-up Fee** | **There is no make up fees at installation** | n/a | n/a | n/a |
| | | | | |
| **Yearly Cost** | **Yearly Cost- 186 employees x $5.02 per employee + $2.95 weekly Service fee** | | | $48,706.84 |
| | | | | |

Thank you once again,
Randy Smale
Sales Manager
(800) 223-2378- office

# Best Uniform





**Best Uniform Rental**
800 Creek Rd.
Bellmawr, NJ 08031
(856) 931-7000

**www.bestu.com**

**Best Superstore**
1075 Delsea Drive
Westville, NJ 08093
(856) 853-8888

RON ALBENCE'S    SIGNATURE

**Best Uniform**

Uniform Rental, Inc.
Commercial & Industrial
800 Creek Road
Bellmawr, NJ 08031

portant notice for the Customer and Employ-
less specifically noted in this contract the gar-
rented under this Agreement are not acid or flame
retardant and contain no special acid or flame retardant
features. These garments should not be used under
working conditions in which they may catch fire or come
in contact with acid. Customer should notify its
employees of the above. Customer warrants to Company
that none of the Employees for whom uniforms are
rented pursuant to this Agreement require flame or acid
retardant clothing except as indicated herein.

ORDER DATE 7·22·05

PRINT NAME Christina School District

PRINT ADDRESS 925 Bear-Corbitt Rd.

STATE DE    ZIP 19701

OK'D BY _____
202
PHONE 454 -2400
CITY BEAR

CHARGES FOR LOSS OF OR DAMAGE OF GARMENTS

| NO. MEN | RATES | INVENTORY | CLEANINGS | MIN. EXTENDED CHARGE |
|---|---|---|---|---|
| 1 8 0 | @ 5 02 | 11 | 5 | $967.20 |
|  | @ |  |  |  |
|  | @ |  |  |  |
|  | @ |  |  |  |
|  | @ |  |  |  |
|  | @ |  |  |  |

| ITEMS | PRICE PER GARMENT |
|---|---|
| Executive Shirts |  |
| Executive or Knit Slacks |  |
| 65/35 Shirts or Blouses |  |
| 65/35 Pants or Slacks |  |
| Lab Coats and Shop Coats |  |
| Counter Coats |  |
| Coveralls or Jumpsuits |  |
| Dresses and Smocks |  |
| Jackets |  |

| WHITE I.D. | LAST NAME ON POCKET | FIRST NAME ON POCKET | SHIRTS | | | | PANTS | | | | JACKETS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | TYPE-STYLE-COL. | NECK | SLVE | ISS. | TYPE-STYLE-COL. | WST | LEG | ISS. | TYPE-STYLE-COL. | SIZE | ISS. |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |

• Name Emblem $1 ⁵⁰ ea. • Company Emblem $ 2.00 ea. • Custom Applique $ _____ ea.
• Custom Emblem $ _____ ea. • Embroidery $ _____ ea.    Waived upon installation RS.

**BEST FACILITY SERVICES PRODUCTS PRICING:**

| ITEMS | # OF DISPENSERS | MONTHLY USAGE | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| MATS | USAGE | INVENTORY | UNIT PRICE | EXTENDED UNIT PRICE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

• Terms are net 15
• COD Terms $ N/A per week charge for prior service (if Amount Due is Carried to Following Week)
• Autobill ☐ Visa ☐ Mastercard ☐ Discover ☐ Amex ☐ Acct # _____ Exp. Date _____
• Garment Prep Charge $ 1.00 per garment
• Shop Towel container. $ N/A /per week.
• Artwork Logo Mat Charge $ N/A
• Plus size garment $ 20% (4XL & up, 52 waist & up, automatic buy back)
• Best Storage    Uniform Lockers: $ _____ ea./week, Soil Drop _____ ea. week
• Environmental/Service Charge $ 2.95 per week.
• Size Change: Customer agrees to have employees measured by a Best Uniform representative using garment "size samples"
• A charge of $ 5.00 per garment will be assessed for employees that refused to be sized, if they request a size change within 4 weeks of installation.

| | | REPRESENTATIVE | | PLEASE SIGN | |
|---|---|---|---|---|---|
| ☐ 1 TYPE | ☐ CASH | R.S. Smith | | | |
| ☐ 2 TYPE | ☐ AUTOBILL | ROUTE NO. | PAY DAY | CODE | PLEASE PRINT NAME Ronald G. Albene |
| | ☐ CHARGE | H | | 6005 | PLEASE PRINT TITLE Supervisor Operations and Maint. |

BEST UNIFORM RENTAL, INC. ("Company") agrees to supply and deliver to customer (named below), and Customer agrees to lease and accept exclusively from Company, for and during the term of this Agreement. ADDITIONAL PROVISIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS AGREEMENT AND ARE INCORPORATED HEREIN BY REFERENCE. CUSTOMER, BY SIGNING THIS AGREEMENT, ACKNOWLEDGES THAT HE/SHE HAS READ SUCH ADDITIONAL PROVISIONS.
The terms and conditions of this contract between BEST Uniform Rental, Inc., and Christina School District

are personally guaranteed by: _____

## CUSTOMER CONTRACT
## ADDITIONAL PROVISIONS

1. CUSTOMER'S REQUIREMENTS. All articles supplied to the customer shall at all times remain the property of the Company and shall be received and held by customer at its risk. Customer's obligation to accept Company's rental services under this Agreement shall continue at any different location to which Customer may move its business so long as the new location is within the territory regularly served by Company, and shall apply to all additional locations in the event the Customer operates at more than one location. If during the term of this Agreement, Customer's business is sold and the purchaser does not assume and agree to perform Customer's obligations under this agreement, Customer agrees to pay to Company, on demand, as compensation for the loss of business and damages for the loss in value of the rental items held by Company for Customer's use under this Agreement an amount equal to the amount that would be payable pursuant to paragraph 9 if Customer had defaulted under this Agreement on the date of such sale.

2. LAUNDERING SERVICES. Company agrees to perform all necessary laundering of rental items supplied under this Agreement and that the quality of items furnished and the laundering of such items shall be comparable to the generally accepted standards of rental laundries in the area.

3. SERVICE PREPARATION CHARGES. Customer agrees to pay to Company an installation charge for delivery of each additional or replacement order at the rate set forth on the reverse side of this agreement. Any rental garments will be subject to a charge if loss or damaged at current market value of the garment.

4. TERM OF AGREEMENT. The term of this Agreement shall commence on the contract date set forth on the reverse side of this Agreement and shall continue for an initial term of 60 months. Due to the continuing need for reinvestment, this Agreement shall be automatically renewed for successive periods of 60 months each unless the Company is notified to the contrary, in writing, by certified mail 6 months in advance of the expiration of the current term. Upon expiration of term of the Agreement, all rental items supplied by Company under this Agreement shall be paid for at the rates listed on the reverse side at replacement values or returned to Company in good usable condition.

If at any time during the course of the Agreement, Best Uniform replaces seventy-five percent or more of the merchandise then in service with new merchandise, this Agreement will automatically renew for the same period of 60 months from the date of the replacement.

5. PAYMENT. All rental and other charges payable to Company under this Agreement shall be due and payable in cash on each delivery of cleaned articles or, if Customer's credit has been approved by Company on or before the 15th of the month following delivery. At no time shall the customer's weekly invoice fall below a minimum of seventy-five percent of the Agreement's initial weekly billing. In the event that the Customer is 60 days in default of Payment of monies due under this Agreement, the Company shall have the right to discontinue service and enter Customer's premises to remove its articles then in service. Customer's non-payment shall be considered a default as covered in paragraph 9 of this Agreement. Any amount not paid when due will be subject to a late payment charge at the rate of 1 1/2 percent per month until paid. The weekly service charge for any individual leaving the employ of the Customer can be terminated, but only after all garments issued to that individual, or value of same, have been returned to the Company in good usable condition.

6. INCREASES IN RENTAL CHARGES. At the anniversary date, at the discretion of the Company, prices may be adjusted according to the change in the consumer price index.

7. HAZARDOUS MATERIALS. Customer agrees to notify Company, in writing, of any hazardous materials that may be picked up by Company, in the soiled garments or other textiles serviced under this agreement. In no case will hazardous materials be present to the extent that they may be harmful to Company's employees.

8. DEFICIENCIES IN SERVICE. If Customer believes that there are deficiencies in service and/or quality of rental items furnished by Company hereunder, Customer shall give written notice to the Company specifying the precise nature of any such deficiencies, and the Company shall have 30 days after receipt of such written notice to correct such deficiencies. If Customer fails to notify Company of its dissatisfaction before the expiration of the 30 day correction period, it shall be conclusively presumed the Company has corrected the deficiency in service or quality of items to Customer's full and complete satisfaction.

9. DAMAGES FOR CUSTOMER'S DEFAULT. The Customer acknowledges that the peculiar conditions surrounding a service consisting of furnishing uniforms for certain individuals are such that normal rules of damages will not compensate the Company for its loss in the event of a breach or termination of this Agreement by the Customer. The parties therefore agree that in the event of such a breach or termination the Company shall receive as liquidated damages, and not as a penalty, an amount equal to the total of (1) one half of the aggregate weekly service charge, then in effect, for the balance of the term of this Agreement and (2) provided all rental items are paid for at the rates listed on the reverse side as replacement values or returned to the Company in good usable condition, together with all costs, including reasonable attorney fees, incurred by the Company in enforcing its rights hereunder.

10. CUSTOMER'S WARRANTY REGARDING EXISTING CONTRACTS. The Customer warrants that the Company is in no way infringing upon any existing contract between the Customer and any other uniform rental service.

11. DISRUPTION OF SERVICE. Company shall not be liable for any loss or damage sustained by Customer for any interruption or delay in providing rental services under this Agreement, so long as causes are not within the Company's reasonable control. Customer hereby agrees to indemnify and hold the Company harmless from any claims arising out of or associated with the use of the product, including any claims allegedly arising from defects.

12. SUCCESSORS AND ASSIGNS. This Agreement shall be binding upon and inure to the benefit of the respective successors and assigns of Company and Customer.

13. ENTIRE AGREEMENT. This Agreement is the final agreement between the parties and supersedes all prior agreements or arrangements between them and shall not be modified or amended except by a written instrument signed by both parties, except that written orders for additions to or changes in services shall be deemed to be amendments to this Agreement.

14. GOVERNING LAW. This agreement shall be construed according to the laws of the State of New Jersey and the customer submits to the jurisdiction of said state with venue being held in the County of the Company's Office.

Customer Transactions - Current by Area

Select all transactions.
Customer number [ 1380] to [ 1380]
Customer name [             ] to [zzzzzzzzzzzzzzzzzzzz]
Billing cycle [      ] to [zzzzzz]
Document date from      to Oct 31 06
Print zero balance customers.

| Cust. No. | Customer Name Document No. | Ty. | Reference | Doc. Date | Due Date | Disc Date | Job | Post Seq. | Days Del | Original Amount | Current Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1380 | CHRISTINA SCHOOL DISTRICT | | | | | | | | | | |
| | 25705 | IN | H H-614 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 129.95 | 129.95 |
| | 25706 | IN | H H-618 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 7.97 | 7.97 |
| | 25707 | IN | H H-649 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 7.97 | 7.97 |
| | 25708 | IN | H H-645 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 23.03 | 23.03 |
| | 25709 | IN | H H-617 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 23.03 | 23.03 |
| | 25711 | IN | H H-699 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 23.03 | 23.03 |
| | 25712 | IN | H H-657 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 73.23 | 73.23 |
| | 25713 | IN | H H-670 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 23.03 | 23.03 |
| | 25714 | IN | H H-630 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 18.01 | 18.01 |
| | 25715 | IN | H H-632 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 18.01 | 18.01 |
| | 25716 | IN | H H-678 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 83.27 | 83.27 |
| | 25717 | IN | H H-660 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 28.05 | 28.05 |
| | 25718 | IN | H H-601 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 43.11 | 43.11 |
| | 25719 | IN | H H-651 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 12.99 | 12.99 |
| | 25720 | IN | H H-641 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 23.03 | 23.03 |
| | 25721 | IN | H H-639 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 53.15 | 53.15 |
| | 25722 | IN | H H-644 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 18.01 | 18.01 |
| | 25724 | IN | H H-675 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 18.01 | 18.01 |
| | 25725 | IN | H H-652 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 18.01 | 18.01 |
| | 25726 | IN | H H-661 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 18.01 | 18.01 |
| | 25727 | IN | H H-606 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 83.27 | 83.27 |
| | 25728 | IN | H H-668 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 12.99 | 12.99 |
| | 25729 | IN | H H-667 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 43.11 | 43.11 |
| | 25730 | IN | H H-629 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 20.99 | 20.99 |
| | 25734 | IN | H H-681 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 12.99 | 12.99 |
| | 25735 | IN | H H-603 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 43.11 | 43.11 |
| | 25736 | IN | H H-684 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 23.03 | 23.03 |
| | 25737 | IN | H H-600 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 38.09 | 38.09 |
| | 25738 | IN | H H-697 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 23.03 | 23.03 |
| | 25739 | IN | H H-695 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 18.01 | 18.01 |
| | 25740 | IN | H H-664 | Jul 03 06 | Aug 02 06 | | | 253 | 85 | 18.01 | 18.01 |
| | 27232 | IN | H H-614 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 146.45 | 146.45 |
| | 27233 | IN | H H-618 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 7.97 | 7.97 |
| | 27234 | IN | H H-649 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 7.97 | 7.97 |
| | 27235 | IN | H H-645 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 23.03 | 23.03 |
| | 27236 | IN | H H-617 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 23.03 | 23.03 |
| | 27238 | IN | H H-699 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 23.03 | 23.03 |
| | 27239 | IN | H H-657 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 73.23 | 73.23 |
| | 27240 | IN | H H-670 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 23.03 | 23.03 |
| | 27241 | IN | H H-630 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 18.01 | 18.01 |
| | 27242 | IN | H H-632 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 18.01 | 18.01 |
| | 27243 | IN | H H-678 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 189.77 | 189.77 |
| | 27244 | IN | H H-660 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 28.05 | 28.05 |
| | 27245 | IN | H H-601 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 43.11 | 43.11 |
| | 27246 | IN | H H-651 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 12.99 | 12.99 |
| | 27247 | IN | H H-641 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 23.03 | 23.03 |

Customer Transactions - Current by Date

| Cust. No. | Customer Name Document No. | Ty. | Reference | Doc. Date | Due Date | Disc Date | Job | Post Seq. | Days Del | Original Amount | Current Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (Customer 1380 continued) | | | | | | | | | | |
| | 27248 | IN | H H-639 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | | |
| | 27249 | IN | H H-644 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 53.15 | 53.15 |
| | 27251 | IN | H H-675 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 18.01 | 18.01 |
| | 27252 | IN | H H-652 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 18.01 | 18.01 |
| | 27253 | IN | H H-661 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 18.01 | 18.01 |
| | 27254 | IN | H H-606 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 18.01 | 18.01 |
| | 27255 | IN | H H-668 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 83.27 | 83.27 |
| | 27256 | IN | H H-667 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 12.99 | 12.99 |
| | 27257 | IN | H H-629 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 43.11 | 43.11 |
| | 27260 | IN | H H-681 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 20.99 | 20.99 |
| | 27261 | IN | H H-603 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 12.99 | 12.99 |
| | 27262 | IN | H H-684 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 43.11 | 43.11 |
| | 27263 | IN | H H-600 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 23.03 | 23.03 |
| | 27264 | IN | H H-697 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 38.09 | 38.09 |
| | 27265 | IN | H H-695 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 23.03 | 23.03 |
| | 27266 | IN | H H-664 | Jul 10 06 | Aug 09 06 | | | 264 | 78 | 18.01 | 18.01 |
| | 28769 | IN | H H-614 | Jul 17 06 | Aug 16 06 | | | 264 | 78 | 18.01 | 18.01 |
| | 28770 | IN | H H-618 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 128.45 | 128.45 |
| | 28771 | IN | H H-649 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 7.97 | 7.97 |
| | 28772 | IN | H H-645 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 7.97 | 7.97 |
| | 28773 | IN | H H-617 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 23.03 | 23.03 |
| | 28775 | IN | H H-699 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 23.03 | 23.03 |
| | 28776 | IN | H H-657 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 23.03 | 23.03 |
| | 28777 | IN | H H-670 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 73.23 | 73.23 |
| | 28778 | IN | H H-630 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 23.03 | 23.03 |
| | 28779 | IN | H H-632 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 18.01 | 18.01 |
| | 28780 | IN | H H-678 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 18.01 | 18.01 |
| | 28781 | IN | H H-660 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 83.27 | 83.27 |
| | 28782 | IN | H H-601 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 28.05 | 28.05 |
| | 28783 | IN | H H-651 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 43.11 | 43.11 |
| | 28784 | IN | H H-641 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 12.99 | 12.99 |
| | 28785 | IN | H H-639 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 23.03 | 23.03 |
| | 28786 | IN | H H-644 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 53.15 | 53.15 |
| | 28788 | IN | H H-675 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 18.01 | 18.01 |
| | 28789 | IN | H H-652 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 18.01 | 18.01 |
| | 28790 | IN | H H-661 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 18.01 | 18.01 |
| | 28791 | IN | H H-606 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 18.01 | 18.01 |
| | 28792 | IN | H H-668 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 83.27 | 83.27 |
| | 28793 | IN | H H-667 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 12.99 | 12.99 |
| | 28794 | IN | H H-629 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 43.11 | 43.11 |
| | 28798 | IN | H H-681 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 20.99 | 20.99 |
| | 28799 | IN | H H-603 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 12.99 | 12.99 |
| | 28800 | IN | H H-684 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 43.11 | 43.11 |
| | 28801 | IN | H H-600 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 23.03 | 23.03 |
| | 28802 | IN | H H-697 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 38.09 | 38.09 |
| | 28803 | IN | H H-695 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 23.03 | 23.03 |
| | 28804 | IN | H H-664 | Jul 17 06 | Aug 16 06 | | | 274 | 71 | 18.01 | 18.01 |
| | 45023 | IN | H H-600 | Sep 25 06 | Oct 25 06 | | | 274 | 71 | 18.01 | 18.01 |
| | 45024 | IN | H H-601 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 1,671.00 | 1,671.00 - |
| | 45025 | IN | H H-603 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 234.00 | 234.00 - |
| | 45026 | IN | H H-606 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 363.00 | 363.00 - |
| | 45027 | IN | H H-614 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 954.00 | 954.00 - |
| | 45028 | IN | H H-617 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 825.00 | 825.00 - |
| | | | | | | | | 376 | 1 | 261.00 | 261.00 - |

Customer Transactions - Current by Date

| Cust. | Customer Name | | | | | | Post | Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. | Document No. | Ty. | Reference | Doc. Date | Due Date | Disc Date | Job | Seq. | Del | Original Amount | Current Amount |
| | (Customer 1380 continued) | | | | | | | | | | |
| | 45029 IN | H H-629 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 120.00 | 120.00 |
| | 45030 IN | H H-630 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 303.00 | 303.00 |
| | 45031 IN | H H-639 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 555.00 | 555.00 |
| | 45033 IN | H H-641 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 267.00 | 267.00 |
| | 45034 IN | H H-644 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 267.00 | 267.00 |
| | 45035 IN | H H-645 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 621.00 | 621.00 |
| | 45037 IN | H H-651 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 171.00 | 171.00 |
| | 45038 IN | H H-652 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 291.00 | 291.00 |
| | 45039 IN | H H-657 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 756.00 | 756.00 |
| | 45040 IN | H H-660 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 417.00 | 417.00 |
| | 45041 IN | H H-661 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 363.00 | 363.00 |
| | 45042 IN | H H-664 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 213.00 | 213.00 |
| | 45043 IN | H H-667 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 54.00 | 54.00 |
| | 45044 IN | H H-670 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 285.00 | 285.00 |
| | 45045 IN | H H-675 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 15.00 | 15.00 |
| | 45046 IN | H H-678 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 1,230.00 | 1,230.00 |
| | 45047 IN | H H-681 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 15.00 | 15.00 |
| | 45048 IN | H H-684 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 123.00 | 123.00 |
| | 45049 IN | H H-695 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 735.00 | 735.00 |
| | 45050 IN | H H-697 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 1,437.00 | 1,437.00 |
| | 45051 IN | H H-699 | Sep 25 06 | Oct 25 06 | | | 376 | 1 | 72.00 | 72.00 |
| | 50747 IN | Q Q-387 | Oct 18 06 | Nov 17 06 | | | 410 | 0 | 103.13 | 0.00 |
| | 52291 IN | Q Q-387 | Oct 25 06 | Nov 24 06 | | | 420 | 0 | 103.13 | 0.00 |
| | 433-1 CA | | Oct 26 06 | | | | 414 | 0 | 0.00 | 0.00 |
| Discount | DS | Discount | Oct 26 06 | | | | 414 | 0 | 206.26- | 0.00 |
| | | | | | | | | | | 15,738.09 | 15,738.09 c |
| | Report total | | | | | | | | | 15,738.09 | 15,738.09 |

c: indicates over credit limit.
  1 customer printed.

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

## N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENTAGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS MORE THAN 30 DAYS PAST DUE

VOTED #1
BEST UNIFORM
COURIER - POST
1995-2005
BEST
of South Jersey
OVER 35 YEARS OF IMAGE EXPERIENCE

| DELIVERY IDENTITY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SERVICE SYMBOL | 2ND NO. | DATE | ACCOUNT NO. | INVOICE NUMBER | SERVICE AND DESCRIPTION INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE SHIRT SIZE | BILL QUANTITY PANT SIZE | AMOUNT DUE | IN SERVICE SHIRTS PANTS | |

NEW HIRES    Y    N
TERMINATING  Y    N
ALTERATIONS  Y    N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

| | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

## N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

OVER 35 YEARS of IMAGE EXPERIENCE

BEST UNIFORM
COURIER · POST
1995-2005
BEST
of South Jersey

## TERMS

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

| SERVICE SYMBOL | IND. NO. | DATE | ACCOUNT NO. | INVOICE NUMBER | SERVICE AND DESCRIPTION / INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE / SHIRT SIZE | BILL QUANTITY / PANT SIZE | AMOUNT DUE | IN SERVICE SHIRTS | PANTS |
|---|---|---|---|---|---|---|---|---|---|---|---|

NEW HIRES        Y   N
TERMINATING      Y   N
ALTERATIONS      Y   N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

| CHARGES | TAX | PLEASE PAY |
|---|---|---|

DELIVERY IDENTITY

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

## Ecker Excellence in Industrial Wastewater Treatment

N.J. 2006 Award Winner

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

## TERMS

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

VOTED #1 BEST UNIFORM
COURIER - POST
1995-2005
BEST
of South Jersey

OVER 35 YEARS OF IMAGE EXPERIENCE

| DELIVERY IDENTITY | SERVICE SYMBOL | IND. NO. | DATE | SERVICE AND DESCRIPTION INDIVIDUAL SERVICED | INVOICE NUMBER | NAME ON GARMENT | MINIMUM CHARGE SHIRT SIZE | BILL QUANTITY PANT SIZE | AMOUNT DUE | IN SERVICE SHIRTS / PANTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

COMMENTS:

NEW HIRES    Y   N
TERMINATING    Y   N
ALTERATIONS    Y   N

RECEIVED BY

DUPLICATE INVOICE

| CHARGES | TAX | PLEASE PAY |
|---|---|---|
| | | |

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

### N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

**SERVICES SUPPLIED TO:**

**MISCELLANEOUS INSTRUCTIONS**

## TERMS

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

OVER 35 YEARS OF IMAGE EXPERIENCE
BEST UNIFORM
COURIER - POST
1995-2005
BEST of South Jersey

| SERVICE SYMBOL | NO. | DATE | ACCOUNT NO. | INVOICE NUMBER | SERVICE AND DESCRIPTION / INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE / SHIRT SIZE | BILL QUANTITY / PANT SIZE | AMOUNT DUE | IN SERVICE SHIRTS | PANTS | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

DELIVERY IDENTITY

NEW HIRES   Y   N
TERMINATING   Y   N
ALTERATIONS   Y   N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

OVER 35 YEARS OF IMAGE EXPERIENCE

1995-2005
BEST UNIFORM
COURIER · POST
of South Jersey

| DELIVERY IDENTITY | DATE | ACCOUNT NO. | INVOICE NUMBER | | SHIRT SIZE | PANT SIZE | AMOUNT DUE | IN SERVICE | |
|---|---|---|---|---|---|---|---|---|---|
| SERVICE AND DESCRIPTION | | | | | MINIMUM CHARGE | BILL QUANTITY | | SHIRTS | PANTS |
| INDIVIDUAL SERVICED | | | NAME ON GARMENT | | | | | | |

INVOICE NO.

SERVICE NO.

NEW HIRES    Y    N
TERMINATING    Y    N
ALTERATIONS    Y    N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

| CHARGES | TAX | PLEASE PAY |
|---|---|---|

# Best Uniform

## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

## N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

**SERVICES SUPPLIED TO:**

**MISCELLANEOUS INSTRUCTIONS**

## TERMS

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.



VOTED #1
BEST
UNIFORM
COURIER - POST
1995-2005
BEST
of South Jersey
OVER 35 YEARS OF IMAGE EXPERIENCE

| DELIVERY-IDENTITY | DATE | ACCOUNT NO. | INVOICE NUMBER | SERVICE AND DESCRIPTION | | | | AMOUNT DUE | IN SERVICE | |
|---|---|---|---|---|---|---|---|---|---|---|
| SERVICE IND. NO. MISC. | | | | INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE SHIRT SIZE | BILL QUANTITY PANT SIZE | | SHIRTS | PANTS |

COMMENTS:

NEW HIRES   Y   N
TERMINATING   Y   N
ALTERATIONS   Y   N

RECEIVED BY

DUPLICATE INVOICE

| | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|

# Best Uniform Rental-Sales

Best Uniform Rental, Inc.

P.O. Box 575

Bellmawr, N.J. 08099-0575

(856) 931-7000

## N.J. 2006 Award Winner
## Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS MORE THAN 30 DAYS PAST DUE.

OVER 35 YEARS OF IMAGE EXPERIENCE

BEST UNIFORM
COURIER - POST
1995-2005
of South Jersey

| DELIVERY/IDENTITY | DATE | ACCOUNT NO | INVOICE NUMBER ➤ | | | | | | |

| SERVICE SYMBOL | NO | SERVICE AND DESCRIPTION | INDIVIDUAL SERVICED | NAME ON GARMENT | SHIRT SIZE | MINIMUM CHARGE | PANT SIZE | BILL QUANTITY | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| | IN SERVICE | | | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|---|---|---|
| | SHIRTS | PANTS | | | | |

COMMENTS:

NEW HIRES     Y     N
TERMINATING   Y     N
ALTERATIONS   Y     N

RECEIVED BY

DUPLICATE INVOICE



*Best Uniform*

# Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

**N.J. 2006 Award Winner**
Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:                          MISCELLANEOUS INSTRUCTIONS

DELIVERY IDENTITY

SERVICE IND. NO.
SYMBOL

NEW HIRES    Y    N
TERMINATING  Y    N
ALTERATIONS  Y    N

COMMENTS:

| DATE | ACCOUNT NO. | INVOICE NUMBER | NAME ON GARMENT | MINIMUM CHARGE | | | | | | |
|------|-------------|----------------|-----------------|----------------|---|---|---|---|---|---|

SERVICE AND DESCRIPTION

INDIVIDUAL SERVICED

## TERMS

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

| SHIRT SIZE | PANT SIZE | AMOUNT DUE | IN SERVICE | |
|------------|-----------|------------|------------|---|
| | | | SHIRTS | PANTS |

BILL QUANTITY

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS MORE THAN 30 DAYS PAST DUE.

RECEIVED BY

DUPLICATE INVOICE

| CHARGES | TAX | PLEASE PAY |
|---------|-----|------------|

OVER 35 YEARS OF IMAGE EXPERIENCE
BEST UNIFORM COURIER - POST
1995-2005
of South Jersey

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

### N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.





VOTED #1
BEST
UNIFORM
COURIER - POST
of South Jersey
1995-2005
BEST
OVER 35 YEARS OF IMAGE EXPERIENCE

DUPLICATE INVOICE

RECEIVED BY

| DELIVERY IDENTITY | DATE | ACCOUNT NO. | INVOICE NUMBER ➡ | | | | | | IN SERVICE | | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SERVICE AND DESCRIPTION | INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE | SHIRT SIZE | PANT SIZE | BILL QUANTITY | AMOUNT DUE | SHIRTS | PANTS | | | |

SERVICE MODE   NO.

NEW HIRES   Y   N
TERMINATING   Y   N
ALTERATIONS   Y   N

COMMENTS:

RECEIVED BY
DUPLICATE INVOICE

TERMINATING   Y   N
ALTERATIONS   Y   N

RECEIVED BY

# Best Uniform

## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

### N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

**SERVICES SUPPLIED TO:**

**MISCELLANEOUS INSTRUCTIONS**



VOTED #1
BEST
UNIFORM
COURIER · POST
1995-2005
BEST
UNIFORM
of South Jersey

OVER 35 YEARS OF IMAGE EXPERIENCE

**TERMS**
CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

| DELIVERY IDENTITY | DATE | ACCOUNT NO. | INVOICE NUMBER | NAME ON GARMENT | MINIMUM CHARGE SHIRT SIZE | BILL QUANTITY PANT SIZE | AMOUNT DUE | IN SERVICE SHIRTS / PANTS |
|---|---|---|---|---|---|---|---|---|
| IND. NO. | | SERVICE AND DESCRIPTION INDIVIDUAL SERVICED | | | | | | |
| SERVICE SYMBOL | | | | | | | | |

NEW HIRES       Y   N
TERMINATING    Y   N
ALTERATIONS   Y   N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

| | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

## N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

**SERVICES SUPPLIED TO:**     **MISCELLANEOUS INSTRUCTIONS**

## TERMS
CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.



VOTED #1
BEST
UNIFORM
COURIER - Post
1995-2005
BEST
of South Jersey
OVER 35 YEARS OF IMAGE EXPERIENCE

| SERVICE HOL. IND. NO. | DATE | ACCOUNT NO. | INVOICE NUMBER | SERVICE AND DESCRIPTION / INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE / SHIRT SIZE | BILL QUANTITY / PANT SIZE | AMOUNT DUE | IN SERVICE SHIRTS / PANTS | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

DELIVERY (IDENTITY)

COMMENTS:

NEW HIRES    Y  N
TERMINATING  Y  N
ALTERATIONS  Y  N

RECEIVED BY

DUPLICATE INVOICE

# Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

**SERVICES SUPPLIED TO:**

**MISCELLANEOUS INSTRUCTIONS**

## TERMS

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENTAGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS MORE THAN 30 DAYS PAST DUE.

OVER 35 YEARS OF IMAGE EXPERIENCE

1995-2005
BEST
of South Jersey
COURIER - POST

| DELIVERY IDENTITY | DATE | ACCOUNT NO. | INVOICE NUMBER | NAME ON GARMENT | MINIMUM CHARGE SHIRT SIZE | BILL QUANTITY PANT SIZE | AMOUNT DUE | IN SERVICE SHIRTS PANTS |
|---|---|---|---|---|---|---|---|---|

SERVICE SYMBOL   IND. NO.

SERVICE AND DESCRIPTION

INDIVIDUAL SERVICED

NEW HIRES   Y   N
TERMINATING   Y   N
ALTERATIONS   Y   N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

CHARGES     TAX     PLEASE PAY

## Rental-Sales

**Best Uniform Rental, Inc.**
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

Best Uniform
Rental-Sales

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

DELIVERY IDENTITY

SERVICE SYMBOL NO.

DATE

SERVICE AND DESCRIPTION

INDIVIDUAL SERVICED

ACCOUNT NO.

INVOICE NUMBER

NAME ON GARMENT

SHIRT SIZE

MINIMUM CHARGE

PANT SIZE

BILL QUANTITY

AMOUNT DUE

IN SERVICE

SHIRTS | PANTS

CHARGES

TAX

PLEASE PAY

### TERMS

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS MORE THAN 30 DAYS PAST DUE.

NEW HIRES    Y  N
TERMINATING   Y  N
ALTERATIONS   Y  N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

### N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

OVER 35 YEARS OF IMAGE EXPERIENCE
UNIFORM COURIER · POST
of South Jersey
1995-2005
BEST

VOTED #1
BEST
UNIFORM

# Rental-Sales

**Best Uniform Rental, Inc.**
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

1995-2005
**BEST**
of South Jersey
OVER 35 YEARS OF IMAGE EXPERIENCE
Courier - Post

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

SERVICE DRIVER | DATE | ACCOUNT NO. | INVOICE NUMBER | SERVICE AND DESCRIPTION | INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE | SHIRT SIZE | BILL QUANTITY | PANT SIZE | AMOUNT DUE | IN SERVICE | SHIRTS | PANTS | CHARGES | TAX | PLEASE PAY

ROUTE NO.

NEW HIRES          Y    N
TERMINATING     Y    N
ALTERATIONS    Y    N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

## N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS MORE THAN 30 DAYS PAST DUE.

VOTED #1
BEST
UNIFORM
COURIER - POST
1995-2005
of South Jersey
OVER 35 YEARS OF IMAGE EXPERIENCE

| SERVICE SYMBOL | IND NO | DATE | ACCOUNT NO | INVOICE NUMBER | NAME ON GARMENT | MINIMUM CHARGE / SHIRT SIZE | BILL QUANTITY / PANT SIZE | AMOUNT DUE | IN SERVICE SHIRTS / PANTS | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

DELIVERY / IDENTITY

SERVICE AND DESCRIPTION

INDIVIDUAL SERVICED

COMMENTS:

NEW HIRES   Y  N
TERMINATING   Y  N
ALTERATIONS   Y  N

RECEIVED BY

DUPLICATE INVOICE

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

## N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

**SERVICES SUPPLIED TO:**

**MISCELLANEOUS INSTRUCTIONS**

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

OVER 35 YEARS OF IMAGE EXPERIENCE

VOTED #1
BEST UNIFORM
COURIER - POST
1995-2005
BEST UNIFORM
of South Jersey

| SERVICE SYMBOL | NO. | DATE | ACCOUNT NO. | INVOICE NUMBER | SERVICE AND DESCRIPTION | INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE | SHIRT SIZE | BILL QUANTITY | PANT SIZE | AMOUNT DUE | IN SERVICE SHIRTS / PANTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

DELIVERY IDENTITY

NEW HIRES   Y   N
TERMINATING   Y   N
ALTERATIONS   Y   N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

| CHARGES | TAX | PLEASE PAY |
|---|---|---|
| | | |

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

**Ecker Excellence in Industrial Wastewater Treatment**

**N.J. 2006 Award Winner**

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

VOTED #1
BEST UNIFORM
of South Jersey
1995-2005
BEST UNIFORM
COURIER - POST
OVER 35 YEARS OF IMAGE EXPERIENCE

| DELIVERY IDENTITY | DATE | ACCOUNT NO | INVOICE NUMBER | NAME ON GARMENT | MINIMUM CHARGE | SHIRT SIZE | BILL QUANTITY | PANT SIZE | AMOUNT DUE | IN SERVICE | | CHARGES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERVICE SYMBOL | IND. NO | | | | | | | | | SHIRTS | PANTS | | TAX | PLEASE PAY |
| SERVICE AND DESCRIPTION | | | | | | | | | | | | | | |
| INDIVIDUAL SERVICED | | | | | | | | | | | | | | |

COMMENTS:

NEW HIRES  Y  N
TERMINATING  Y  N
ALTERATIONS  Y  N

RECEIVED BY

DUPLICATE INVOICE

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

N.J. 2006 Award Winner
Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:                    MISCELLANEOUS INSTRUCTIONS

## TERMS

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

OVER 35 YEARS OF IMAGE EXPERIENCE



VOTED #1
BEST UNIFORM
COURIER - Post
1995-2005
BEST UNIFORM
of South Jersey

| SERVICE SYMBOL | DELIVERY/IDENTITY | DATE | ACCOUNT NO. | INVOICE NUMBER | SERVICE AND DESCRIPTION / INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE / SHIRT SIZE | BILL QUANTITY / PANT SIZE | AMOUNT DUE | SHIRTS | PANTS |
|---|---|---|---|---|---|---|---|---|---|---|---|

NEW HIRES    Y  N
TERMINATING  Y  N
ALTERATIONS  Y  N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

| CHARGES | TAX | PLEASE PAY |
|---|---|---|

IN SERVICE
SHIRTS | PANTS

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

### N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

**SERVICES SUPPLIED TO:**

**MISCELLANEOUS INSTRUCTIONS**

## TERMS

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

OVER 35 YEARS OF IMAGE EXPERIENCE

VOTED #1
BEST
UNIFORM
COURIER - POST
1995-2005
of South Jersey

DELIVERY IDENTITY | DATE | ACCOUNT NO. | INVOICE NUMBER
SERVICE SYMBOL | IND. NO. | SERVICE AND DESCRIPTION | INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE | SHIRT SIZE | PANT SIZE | BILL QUANTITY | AMOUNT DUE | IN SERVICE SHIRTS / PANTS | CHARGES | TAX | PLEASE PAY

NEW HIRES  Y  N
TERMINATING  Y  N
ALTERATIONS  Y  N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

# *Best Uniform*
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

**N.J. 2006 Award Winner**
**Ecker Excellence in Industrial Wastewater Treatment**

**SERVICES SUPPLIED TO:**

**MISCELLANEOUS INSTRUCTIONS**

**TERMS**
CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS MORE THAN 30 DAYS PAST DUE.

OVER 35 YEARS OF IMAGE EXPERIENCE

BEST UNIFORM
COURIER - POST
1995-2005
BEST
of South Jersey

| DELIVERY IDENTITY | DATE | ACCOUNT NO. | INVOICE NUMBER | | MINIMUM CHARGE | | | AMOUNT DUE | IN SERVICE | | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERVICE SYMBOL | | SERVICE AND DESCRIPTION | INDIVIDUAL SERVICED | NAME ON GARMENT | SHIRT SIZE | PANT SIZE | BILL QUANTITY | | SHIRTS | PANTS | | | |

NEW HIRES Y N
TERMINATING Y N
ALTERATIONS Y N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

# Best Uniform Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

### N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

**SERVICES SUPPLIED TO:**

**MISCELLANEOUS INSTRUCTIONS**

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

OVER 35 YEARS OF IMAGE EXPERIENCE

| DELIVERY IDENTITY | DATE | ACCOUNT NO. | INVOICE NUMBER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SERVICE SYMBOL | IND. NO | SERVICE AND DESCRIPTION | | | | | | | IN SERVICE | | |
| | | INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE | SHIRT SIZE | PANT SIZE | BILL QUANTITY | AMOUNT DUE | SHIRTS | PANTS | |

COMMENTS:

NEW HIRES    Y    N
TERMINATING  Y    N
ALTERATIONS  Y    N

RECEIVED BY

DUPLICATE INVOICE

| CHARGES | TAX | PLEASE PAY |
|---|---|---|



VOTED #1
BEST UNIFORM
COURIER - POST
1995-2005
BEST
of South Jersey

# Best Uniform Rental-Sales

**Best Uniform Rental, Inc.**
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

## N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

**SERVICES SUPPLIED TO:**

**MISCELLANEOUS INSTRUCTIONS**

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

| SERVICE SYMBOL | IND. NO. | DATE | ACCOUNT NO. | INVOICE NUMBER | NAME ON GARMENT | SHIRT SIZE | PANT SIZE | AMOUNT DUE | SHIRTS | PANTS | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SERVICE AND DESCRIPTION**

**INDIVIDUAL SERVICED**

**MINIMUM CHARGE**

**BILL QUANTITY**

**IN SERVICE**

NEW HIRES    Y   N
TERMINATING  Y   N
ALTERATIONS  Y   N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE



VOTED #1
BEST UNIFORM
COURIER - POST
of South Jersey
1995-2005
BEST
OVER 35 YEARS OF IMAGE EXPERIENCE

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

## N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

OVER 35 YEARS OF IMAGE EXPERIENCE

VOTED #1
BEST
UNIFORM
COURIER • POST
1995-2005
BEST
UNIFORM
of South Jersey

| DELIVERY IDENTITY | DATE | ACCOUNT NO | INVOICE NUMBER | NAME ON GARMENT | MINIMUM CHARGE / SHIRT SIZE | BILL QUANTITY / PANT SIZE | AMOUNT DUE | IN SERVICE SHIRTS | PANTS |
|---|---|---|---|---|---|---|---|---|---|
| SERVICE SYMBOL IND. | | | | | | | | | |
| NO. | | | | | | | | | |

SERVICE AND DESCRIPTION

INDIVIDUAL SERVICED

NEW HIRES    Y  N
TERMINATING  Y  N
ALTERATIONS  Y  N

COMMENTS:

| CHARGES | TAX | PLEASE PAY |
|---|---|---|

RECEIVED BY

DUPLICATE INVOICE

# Best Uniform
## Rental-Sales

**Best Uniform Rental, Inc.**
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

### N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

**SERVICES SUPPLIED TO:**

**MISCELLANEOUS INSTRUCTIONS**

## TERMS

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

VOTED #1
BEST
UNIFORM
COURIER - POST
1995-2005
of South Jersey
BEST
OVER 35 YEARS OF IMAGE EXPERIENCE

| SERVICE SYMBOL | DELIVERY IDENTITY | DATE | ACCOUNT NO. | INVOICE NUMBER | NAME ON GARMENT | SHIRT SIZE | PANT SIZE | AMOUNT DUE | IN SERVICE | | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | MINIMUM CHARGE | BILL QUANTITY | | SHIRTS | PANTS | | | |

| | SERVICE AND DESCRIPTION | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO. NO. | INDIVIDUAL SERVICED | | | | | | | | | | | | |

NEW HIRES    Y    N
TERMINATING    Y    N
ALTERATIONS    Y    N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

## Ecker Excellence in Industrial Wastewater Treatment
### N.J. 2006 Award Winner

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

TERMS

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS MORE THAN 30 DAYS PAST DUE

OVER 35 YEARS OF IMAGE EXPERIENCE

VOTED #1
BEST
UNIFORM
COURIER - POST

1995•2005
BEST
of South Jersey

GARMENT IDENTITY

NO.

NEW HIRES   Y   N
TERMINATING   Y   N
ALTERATIONS   Y   N

DATE

ACCOUNT NO.

INVOICE NUMBER

SERVICE AND DESCRIPTION

INDIVIDUAL SERVICED

NAME ON GARMENT

MINIMUM CHARGE

SHIRT SIZE

PANT SIZE

BILL QUANTITY

AMOUNT DUE

IN SERVICE

SHIRTS   PANTS

CHARGES

TAX

PLEASE PAY

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

---

## Best Uniform
### Rental-Sales

Ecker Excellence in Industrial Wastewater Treatment
### N.J. 2006 Award Winner

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

VOTED #1
BEST
UNIFORM
COURIER - POST

est Uniform Rental, Inc.

# Best Uniform
## Rental-Sales

Best Uniform Rental, Inc.
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

**N.J. 2006 Award Winner**
Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

**TERMS**

CASH - DUE UPON PRESENTATION
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENTAGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS MORE THAN 30 DAYS PAST DUE.

| DELIVERY IDENTITY | | | | SERVICE AND DESCRIPTION | | | | | | IN SERVICE | | CHARGES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SERVICE SYMBOL | IND. NO. | DATE | ACCOUNT NO. | INVOICE NUMBER | INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE | SHIRT SIZE | PANT SIZE | BILL QUANTITY | AMOUNT DUE | SHIRTS | PANTS |
| | | | | | | | | | | | | | |

COMMENTS:

NEW HIRES  Y  N
TERMINATING  Y  N
ALTERATIONS  Y  N

RECEIVED BY _____

DUPLICATE INVOICE

| | CHARGES | TAX | PLEASE PAY |
|---|---|---|---|

VOTED #1
BEST UNIFORM
COURIER - POST
1995-2005
BEST UNIFORM
of South Jersey
OVER 35 YEARS OF IMAGE EXPERIENCE


# Best Uniform Rental-Sales

**Best Uniform Rental, Inc.**
P.O. Box 575
Bellmawr, N.J. 08099-0575
(856) 931-7000

## N.J. 2006 Award Winner
### Ecker Excellence in Industrial Wastewater Treatment

SERVICES SUPPLIED TO:

MISCELLANEOUS INSTRUCTIONS

## TERMS

CASH - DUE UPON PRESENTATION ▶
CHARGE - NET 15

A FINANCE CHARGE OF 1½% PER MONTH (ANNUAL PERCENT-
AGE RATE OF 18%) WILL BE CHARGED ON ALL ACCOUNTS
MORE THAN 30 DAYS PAST DUE.

VOTED #1
BEST
UNIFORM
COURIER - POST
1995-2005
OVER 35 YEARS OF IMAGE EXPERIENCE
BEST
of South Jersey
UNIFORM

| DELIVERY-IDENTITY | SERVICE SYMBOL | IND. NO. | DATE | SERVICE AND DESCRIPTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ACCOUNT NO | INVOICE NUMBER ➡ | INDIVIDUAL SERVICED | NAME ON GARMENT | MINIMUM CHARGE SHIRT SIZE | BILL QUANTITY PANT SIZE | AMOUNT DUE | IN SERVICE SHIRTS PANTS | |

NEW HIRES　Y　N
TERMINATING　Y　N
ALTERATIONS　Y　N

COMMENTS:

RECEIVED BY

DUPLICATE INVOICE

| CHARGES | TAX | PLEASE PAY |
|---|---|---|

# Best Uniform

### NAME BRAND DISCOUNTERS          Our 30th Year

800 CREEK ROAD • BELLMAWR, NEW JERSEY 08031 • TELEPHONE 609-931-7000 • FACSIMILE 609-931-9353

Today's Date:                                  11-15-06

Company Name         Christina School District
Address              925 Bear Corbitt Rd
City/State           Bear, DE    19701
Zip
Phone No.
Contact

Dollar Amount of Open Invoices                                            3120.09

Dollar Amount of Garments not returned                                   12,618.00

    # sets _____ x $ 29.00 each
    # shirts _____ x $ 13.00 each
    # pants _____ x $ 16.00 each
    # _____ x $ _____ each

Dollar Amount of Balance of Contract  7/17/06 - 7/2/2010

$ 999.53 weekly amount x 205 # weeks x 50% = 102,451.83

Miscellaneous Charges/Interest at 1.5%

Attorney fees at 30%

Copies Enclosed : Check all that apply

Exhibit A:  Open Invoices  _____          Exhibit D:  Credit reports  _____

Exhibit B:  Contract  _____               Exhibit E:  Returned Cks.  _____

Exhibit C:  Invoices  _____               Exhibit F:  _____

Please contact _____ if you should have any
questions concerning the above account or enclosures

Thank you!

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

07 - 43

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Best Uniform Rental, Inc.

**DEFENDANTS**

Christina Consolidated School District, Christina School Board

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  N.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Richard R. Wier, Jr. P.A
Richard R. Wier, Jr
Two Mill Road - Suite 200
Wilmington, DE 19806

ATTORNEYS (IF KNOWN)

2007 JAN 22    FILED CLERK U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION     (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN     (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT     (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | **PERSONAL PROPERTY** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | ☐ 370 Other Fraud | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 380 Other Personal Property Damage | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | **CIVIL RIGHTS** | | ☐ 871 IRS – Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 441 Voting | **PRISONER PETITIONS** | | |
| | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | |
| | ☐ 443 Housing/ Accommodations | **HABEAS CORPUS:** | | |
| | ☐ 444 Welfare | ☐ 530 General | | |
| | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty | | |
| | | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

**PERSONAL INJURY**
☐ 362 Personal Injury – Med. Malpractice
☐ 365 Personal Injury – Product Liability
☐ 368 Asbestos Personal Injury Product Liability

## VI. CAUSE OF ACTION     (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This is a complaint for breach of contract.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**  ☐ UNDER F.R.C.P. 23

DEMAND $ 75,000 +      CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☒ No

## VIII. RELATED CASE(S) IF ANY     (See instructions):
JUDGE _____      DOCKET NUMBER _____

DATE 1/22/07

SIGNATURE OF ATTORNEY OF RECORD   Richard R. W.

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

4 3

Civil Action No. _____

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

_____
(Date forms issued)
1/22/07

_____
(Signature of Party or their Representative)

BRANDYWINE    PROCESS    SERVERS / BRADY OVERLAND
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action