IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEST UNIFORM RENTAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.: 07-43 |
| CHRISTINA CONSOLIDATED SCHOOL DISTRICT, CHRISTINA SCHOOL BOARD, | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITION

To:   David H. Williams, Esq.
James H. McMackin, III, Esq.
Morris James, LLP
500 Delaware Avenue - Suite 1500
PO Box 2306
Wilmington, DE 19899

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Ronald Albence on June 27, 2007, beginning at 11 a.m., before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., Two Mill Road, Suite 200, Wilmington, Delaware 19806 and will be recorded stenographically.

**RICHARD R. WIER, JR., P.A.**

 /s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

# CERTIFICATE OF SERVICE

I certify that on this __6th__ day of June 2007 that I caused a true and correct copy of the attached Notice of Deposition to be served BY ELECTRONIC FILING on:

David H. Williams, Esq.
James H. McMackin, III, Esq.
Morris James, LLP
500 Delaware Avenue - Suite 1500
PO Box 2306
Wilmington, DE 19899

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222