# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

**RICHARD R. WIER, JR.\***

**MICHELE D. ALLEN\***

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

December 12, 2007

**Via Electronic Filing**
Magistrate Judge Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    Best Uniforms Rental Inc. V. Christina School Board
            C.A. No. 07-43

Dear Judge Thynge:

    In reference to the above case. Our office represents Best Uniforms and filed a Complaint on January 22, 2007 (D.I.#1). On January 24, 2007, the case was assigned to the judge who will fill the vacancy of the Honorable Kent A. Jordan. Defendant filed an answer to the complaint on February 12, 2007 (D.I. #4). To date it does not appear that a scheduling order has been entered. Therefore, we are requesting a teleconference with the Court to address this matter.

    We are available at the Court's convenience if there are any questions.

                          Respectfully submitted,

                          /s/ Michele D. Allen

cc: James H. McMackin, III, Esq.