**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **BEST UNIFORM RENTAL, INC.,** | : | |
| **Plaintiff** | : | |
| v. | : | C.A.NO. 07-43 |
| **CHRISTINA CONSOLIDATED** | : | |
| **SCHOOL DISTRICT, CHRISTINA** | : | |
| **SCHOOL BOARD** | : | **AFFIDAVIT OF DEFENSE** |
| | : | **REQUIRED** |
| **Defendants** | : | |

**JOINT STIPULATION**

Pursuant to Federal Rules of Civil Procedure 73, the parties by their attorneys hereby stipulate and agree to the jurisdiction of Honorable Mary Pat Thynge, U.S. District Court Magistrate Judge for the District of Delaware as the trial judge in *Best Uniform Rental, Inc. V. Christina Consolidated School District, Christina School Board,* C.A. 07-43.

This Stipulation is presented to the Court by both the counsel for the Plaintiff and counsel for the Defendants.

| | |
|---|---|
| **MORRIS JAMES LLP** | **RICHARD R. WIER, JR., P.A.** |
| /s/ James H. McMackin, III | /s/Richard R. Wier, Jr. |
| Morris James LLP | Richard R. Wier, Jr. (#716) |
| 500 Delaware Avenue, Suite 1500 | Michele D. Allen (#4359) |
| P.O. Box. 2306 | Two Mill Road - Suite 200 |
| Wilmington, DE 19899-2306 | Wilmington, DE 19806 |
| 302-888-5849 | (302)888-3222 |
| *Attorney for Defendants* | *Attorney for Plaintiff* |

**SO ORDERED** this _____ day of _____, 2008.

_____
Honorable Mary Pat Thygne