IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEST UNIFORM RENTAL, INC., :<br>Plaintiff :<br>v. :<br>CHRISTINA CONSOLIDATED :<br>SCHOOL DISTRICT, CHRISTINA :<br>SCHOOL BOARD :<br>:<br>Defendants : | C.A.NO. 07-43<br><br>AFFIDAVIT OF DEFENSE<br>REQUIRED |

## JOINT STIPULATION

Pursuant to Federal Rules of Civil Procedure 73, the parties by their attorneys hereby stipulate and agree to the jurisdiction of Honorable Mary Pat Thynge, U.S. District Court Magistrate Judge for the District of Delaware as the trial judge in *Best Uniform Rental, Inc. V. Christina Consolidated School District, Christina School Board*, C.A. 07-43.

This Stipulation is presented to the Court by both the counsel for the Plaintiff and counsel for the Defendants.

**MORRIS JAMES LLP**

/s/ James H. McMackin, III
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box. 2306
Wilmington, DE 19899-2306
302-888-5849
*Attorney for Defendants*

**RICHARD R. WIER, JR., P.A.**

/s/Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Michele D. Allen (#4359)
Two Mill Road - Suite 200
Wilmington, DE 19806
(302)888-3222
*Attorney for Plaintiff*

SO ORDERED this 17 day of January 2008.

_____
United States District Judge