IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEST UNIFORM RENTALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-43-*** |
| | ) | |
| CHRISTINA CONSOLIDATED SCHOOL DISTRICT, CHRISTINA SCHOOL BOARD, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

On this 31st day of January, 2008, two copies of **Defendants' Initial Disclosures** were served by placing same in the United States mail, postage prepaid, addressed to the following counsel of record:

    Richard R. Wier, Jr., Esquire
    Richard R. Wier, Jr., P.A.
    Two Mill Road, Suite 200
    Wilmington, DE 19806

    MORRIS JAMES LLP

    /s/ David H. Williams
    David H. Williams (Del. Bar No. 616)
    dwilliams@morrisjames.com
    James H. McMackin III (Del. Bar No. 4284)
    jmcmackin@morrisjames.com
    500 Delaware Avenue, Suite 1500
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/5849

Dated: January 31, 2008

1689995/1