# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*
―――――

MICHELE D. ALLEN*

*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

May 15, 2008

**Via Electronic Filing**
Magistrate Judge Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:    Best Uniforms Rental Inc. V. Christina School Board
                C.A. No. 07-43

Dear Judge Thynge:

      This letter is to provide you with an interim report on the nature and the matters in issue and the progress of discovery to date as ordered in the Court's January 16, 2008 Order in preparation of the status conference scheduled for June 3, 2008.

      The parties have informally discussed settlement negotiations and will continue to work towards a resolution of this case. Discovery has begun in this matter and the parties anticipate taking limited additional discovery in this matter.

      At this time there are no issues that require the Court's attention. The parties will continue to work together to resolve any issues without action from the Court.

      We are available at the Court's convenience if there are any questions.

                                Respectfully submitted,

/s/ James H. McMackin, III, Esq.(#4284)    /s/ Richard R. Wier, Jr.(#716)
                                             /s/ Michele D. Allen(#4359)

MORRIS JAMES LLP
500 Delaware Ave., Suite 1500          RICHARD R. WIER, JR. P.A.
P.O. Box 2306                                 Two Mill Road, Suite 200
Wilmington, DE 19899                 Wilmington, DE 19806
302-888-5849                                   302-888-3222
Counsel for Defendant               Counsel for Plaintiff

Case 1:07-cv-00043-MPT    Document 17    Filed 05/16/2008    Page 2 of 2