IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEST UNIFORM RENTALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-43-MPT |
| | ) | |
| CHRISTINA CONSOLIDATED SCHOOL | ) | |
| DISTRICT, CHRISTINA SCHOOL | ) | |
| BOARD, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

On this 16th day of May, 2008, two copies of **DEFENDANTS CHRISTINA SCHOOL DISTRICT AND BOARD OF EDUCATION OF THE CHRISTINA SCHOOL DISTRICT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** and **DEFENDANTS CHRISTINA SCHOOL DISTRICT AND BOARD OF EDUCATION OF THE CHRISTINA SCHOOL DISTRICT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** were served by placing same in the United States mail, postage prepaid, addressed to the following counsel of record:

    Richard R. Wier, Jr., Esquire
    Richard R. Wier, Jr., P.A.
    Two Mill Road, Suite 200
    Wilmington, DE  19806

                         MORRIS JAMES LLP

                         /s/ James H. McMackin III
                         David H. Williams (Del. Bar No. 616)
                         dwilliams@morrisjames.com
                         James H. McMackin III (Del. Bar No. 4284)
                         jmcmackin@morrisjames.com
                         500 Delaware Avenue, Suite 1500
                         P.O. Box 2306
                         Wilmington, DE 19899
                         (302) 888-6900/5849
                         Attorneys for Defendants

Dated: May 16, 2008

1689995/1