IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEST UNIFORM RENTALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTINA CONSOLIDATED SCHOOL )<br>DISTRICT, CHRISTINA SCHOOL )<br>BOARD, )<br>)<br>Defendants. ) | C. A. No. 07-43-MPT |

**NOTICE OF SERVICE**

On this 16th day of May, 2008, two copies of **DEFENDANTS CHRISTINA SCHOOL DISTRICT AND BOARD OF EDUCATION OF THE CHRISTINA SCHOOL DISTRICT'S FIRST REQUEST FOR ADMISSIONS DIRECTED TO PLAINTIFF** were served by placing same in the United States mail, postage prepaid, addressed to the following counsel of record:

> Richard R. Wier, Jr., Esquire
> Richard R. Wier, Jr., P.A.
> Two Mill Road, Suite 200
> Wilmington, DE 19806

> MORRIS JAMES LLP
>
> /s/ David H. Williams
> David H. Williams (Del. Bar No. 616)
> dwilliams@morrisjames.com
> James H. McMackin III (Del. Bar No. 4284)
> jmcmackin@morrisjames.com
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900/5849
> Attorneys for Defendants

Dated: May 16, 2008

1756111/1