IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEST UNIFORM RENTAL, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 07-43 |
| | : | |
| CHRISTINA CONSOLIDATED SCHOOL DISTRICT, CHRISTINA SCHOOL BOARD, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that on this 11th day of June 2008 that I served a copy of Plaintiff's First Set Interrogatories, Request for Admissions and Request for Production via E-mail and Hand Delivery upon:

David H. Williams, Esq.
James H. McMackin, III, Esq.
Morris James, LLP
500 Delaware Avenue - Suite 1500
PO Box 2306
Wilmington, DE 19899

**RICHARD R. WIER, JR., P.A.**

 /s/Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Michele D. Allen(#4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
302-888-3222
Counsel for Plaintiff