# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

**RICHARD R. WIER, JR.\***
———

**MICHELE D. ALLEN\***

\*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

June 26, 2008

**Via Electronic Filing**
Magistrate Judge Mary Pat Thynge
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    Best Uniforms Rental Inc. V. Christina School Board
           C.A. No. 07-43

Dear Judge Thynge:

    We are writing your Honor to request a brief extension of the discovery deadline in the above referenced case. Discovery is currently scheduled to end on July 14, 2008. Due to another trial that we have in the Eastern District of Pennsylvania, which is scheduled to begin on July 21, 2008, it has become increasingly difficult to complete discovery in this case by July 14, 2008. Therefore, we request a brief extension of discovery until August 4, 2008. Defense counsel does not have an objection to extending the discovery deadline. We do not believe that this brief extension will have any impact on any of the other dates in the scheduling order.

    We are available at the Court's convenience if there are any questions.

                                        Respectfully submitted,

                                        /s/ Michele D. Allen

                                        Michele D. Allen

cc: James H. McMackin, III, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEST UNIFORM RENTALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-43-MPT |
| | ) | |
| CHRISTINA CONSOLIDATED SCHOOL DISTRICT, CHRISTINA SCHOOL BOARD, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

IT IS ORDERED this ___ Day of _____ 2008 that discovery in the above referenced case is hereby extended until August 4, 2008.

_____
The Honorable Mary Pat Thygne