IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEST UNIFORM RENTALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 07-43-MPT |
| ) | |
| CHRISTINA CONSOLIDATED SCHOOL ) | |
| DISTRICT, CHRISTINA SCHOOL ) | |
| BOARD, ) | |
| ) | |
| Defendants. ) | |

## ORDER

IT IS ORDERED this 27 Day of June 2008 that discovery in the above referenced case is hereby extended until August 4, 2008.

_____
The Honorable Mary Pat Thygne