IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEST UNIFORM RENTAL, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 07-43-MPT |
| | : |
| CHRISTINA CONSOLIDATED SCHOOL DISTRICT, CHRISTINA SCHOOL BOARD, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this **21st** day of **July, 2008**.

IT IS ORDERED that the pretrial conference scheduled for Friday, September 12, 2008 at 9:00 a.m., **shall now begin at 8:30 a.m.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE