IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEST UNIFORM RENTALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-43-MPT |
| | ) | |
| CHRISTINA CONSOLIDATED SCHOOL DISTRICT, CHRISTINA SCHOOL BOARD, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, James H. McMackin, III, hereby certify that on this 21st day of July, 2008, two copies of **DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS, DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS,** and **DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS** were served by placing same in the United States mail, postage prepaid, addressed to the following counsel of record:

> Richard R. Wier, Jr., Esquire
> Richard R. Wier, Jr., P.A.
> Two Mill Road, Suite 200
> Wilmington, DE 19806

MORRIS JAMES LLP

David H. Williams (#616)
James H. McMackin III (#4284)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
Email: *dwilliams@morrisjames.com*
　　　*jmcmackin@morrisjames.com*
Attorneys for Defendants.

Dated: July 21, 2008