IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEST UNIFORM RENTAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-43-MPT |
| | ) |
| CHRISTINA CONSOLIDATED SCHOOL DISTRICT, CHRISTINA SCHOOL BOARD, | ) ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DEPOSITION

TO:  Richard R. Wier, Jr., Esquire
Michele D. Allen, Esquire
Richard R. Wier, Jr., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806

PLEASE TAKE NOTICE that that the undersigned will take the oral deposition of Robert LaBuz on Wednesday, July 30, 2008, beginning at 8:30 a.m. in the offices of Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19899.

MORRIS JAMES LLP

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendants

Dated: July 21, 2008
cc: Wilcox & Fetzer

1845756/1